# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ryan Young,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                               3:05cv503

Hendrick Motorsports, Inc.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/21/2006 Oral Order.

                                                                   FRANK G. JOHNS, CLERK

December 21, 2006

                                                           By:    Jeanie Koechley, Deputy Clerk